**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| IRIS CONTRERAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | 2:12-cv-00249-RFB-VCF <br> **ORDER** |

    Before the court are the Stipulations for Substitution of Counsel and Order as to Walter Orlando Deleon (#93), Walter Moises Deleon (#94), and Iris Contreras (#95),

    IT IS HEREBY ORDERED that a hearing on the Stipulations for Substitution of Counsel and Order as to Walter Orlando Deleon (#93), Walter Moises Deleon (#94), and Iris Contreras (#95) is scheduled for 1:00 p.m., January 11, 2016, in courtroom 3D.

    DATED this 4th day of January, 2016.

                                                          _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE