**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Third Party Defendant,
COPART, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IRIS CONTRERAS, an individual; WALTER MOISES DELEON, an individual; and WALTER ORLANDO DELEON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO: 2:12-cv-00249-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>V.<br><br>COPART, INC., a Delaware Corporation;<br><br>Third Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining




MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101

parties, each party bear their respective fees and costs incurred.

DATED this 18 day of March, 2016.

**THE FAUX LAW GROUP**

**WILLI H. SIEPMANN, ESQ.**
Nevada Bar No. 2478
1540 West Warm Springs Road, #100
Henderson, Nevada 89014
wsiepmann@fauxlaw.com
Attorney for Plaintiffs,
IRIS CONTRERAS, WALTER MOISES DELEON and WALTER ORLANDO DELEON

**MORAN BRANDON BENDAVID MORAN**

*/ s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
*l.brandon@moranlawfirm.com*
Attorneys for Third Party Defendant,
COPART, INC.

**ATKIN, WINNER & SHERROD**

Kelly Smith #9192 for
**THOMAS E. WINNER, ESQ.**
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY

///

///

///

///

///

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this 22nd day of March, 2016.

RICHARD F. BOULWARE, II
United States District Judge

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
*l.brandon@moranlawfirm.com*
Attorneys for Third Party Defendant,
COPART, INC.